-PSO-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIUS MARKS, 191094 C2-30A,

    Plaintiff,

-v-                            14-CV-48A
                                    ORDER
OFFICER M. KEETON,

    Defendant.

---

    Plaintiff Julius Marks has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated by a correctional officer at the Easterling Correctional Facility, Clio, Alabama, where he is incarcerated. Because the Easterling Correctional Facility is located within the geographical confines of the Middle District of Alabama, the proper venue for this action is the United States District Court for the Middle District of Alabama District and venue is not proper in this District. *See* 28 U.S.C. § 1391(b). Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Middle District of Alabama, where plaintiff previously filed an action referenced in the instant complaint, and which appear to involve the same allegation against the same defendant as is set forth in the instant complaint, namely that the defendant touched him on his private parts. *See* Marks v. Keeton, et al., 2:13-CV-620-WHA (M.D. Ala. 2013), Docket No. 4 at 1-3 (Magistrate's

Recommendation dismissing complaint against defendant Keeton); Docket No. 9 (adopting Magistrate's Recommendation).[1]

The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Middle District of Alabama.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Middle District of Alabama.

**SO ORDERED**

s/Michael A. Telesca<br>
MICHAEL A. TELESCA<br>
United States District Judge

Dated:   February 7, 2014
         Rochester, New York

---

[1] The Court observes that plaintiff previously attempted to file an action in this District which subsequently transferred to the Middle District of Alabama. *See* Marks v. BR/M.P., et al., 12-CV-833M (Docket No. 3) (transferring case); Marks v. B/R Wetumpka, 12-CV-933-WKW-WC (M.D. Ala. 2013) (case transferred from Western District of New York). Plaintiff is advised to cease commencing actions in the Western District of New York with respect to events which occur in the Middle District of Alabama, where he is incarcerated, and which have no connection to the Western District of New York.